UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, Jr. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>OFFICE OF PROPERTY )<br>MANAGEMENT )<br>)<br>Defendants. )<br>) | Civil Action No.07-1473 (JDB) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Robert C. Seldon, as co-counsel for the Plaintiff herein.

Respectfully submitted,

_____
Woodley B. Osborne, Esq.
Bar no. 043406
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-822-5100

_____
Robert C. Seldon, Esq.
Bar no. 245100
Robert C. Seldon & Associates, Inc.
1319 F Street NW, Suite 305
Washington, D.C. 20004
202-955-6968

Counsel for the Plaintiff

Dated: August 17, 2007

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I mailed a copy of the foregoing Notice of Appearance to the Office of the Attorney General, 1350 Pennsylvania Avenue, N.W., Suite 409, Washington, D.C. 20004.

_____
Woodley B. Osborne