UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
THOMAS M. FRANCIS, Jr.              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   C.A. No. 07-1473 (JDB)
DISTRICT OF COLUMBIA,               )
   et al.,                          )
                                    )
        Defendants.                 )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will kindly enter the appearance of Robert C. Seldon, Esq., as co-counsel for plaintiff.

```
                        Respectfully submitted,



                        _____/s/_____
                        Robert C. Seldon, Esq.
                          D.C. Bar No. 245100
                        Robert C. Seldon & Associates, P.C.
                        1319 F Street, N.W.
                        Suite 305
                        Washington, D.C.  20004
                        (202) 955-6968
```