UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 00-01473(JDB) |
| | ) |
| | ) |
| OFFICE OF PROPERTY | ) |
| MANAGEMENT, et al. | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file an answer or otherwise respond to the complaint.. A responsive pleading is due on or about September 4, 2007. The aforementioned defendants request an enlargement of time of up to and including November 2, 2007. Plaintiff, through counsel, consents to the motion for enlargement.

The grounds for motion are that additional time is needed to consult with the District of Columbia agency involved in this matter, locate documents germane to this matter and to draft an appropriate response to the complaint.

Wherefore, the defendants respectfully request that this Court expand the time to file an answer or otherwise respond to the complaint herein up to and including November 2, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson
        _____
        KIMBERLY M. JOHNSON (#435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 4th day of September,, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Robert C. Seldon, Esquire.

        Melvin W. Bolden, Jr.
        _____
        Melvin W. Bolden, Jr.
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 00-01473(JDB) |
| | ) |
| | ) |
| OFFICE OF PROPERTY | ) |
| MANAGEMENT, et al. | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM IN SUPPORT OF CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. Plaintiff's consent.

4. The record herein.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson

    _____
    KIMBERLY M. JOHNSON (#435163)
    Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M. FRANCIS,            )
                              )
        Plaintiff,            )
                              )
                              ) Civil No. 00-01473(JDB)
                              )
                              )
OFFICE OF PROPERTY            )
MANAGEMENT, et al.            )
                              )
        Defendants.           )

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time to File An Answer or Otherwise Respond to the Complaint, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of September, 2007,

ORDERED: that the Consent Motion for Enlargement of Time to File An answer or Otherwise Respond to the Complaint Memorandum be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including November 2, 2007 to file their answer or otherwise respond to the complaint..

_____
JOHN D. BATES
United States Judge

Case 1:07-cv-01473-JDB   Document 4   Filed 09/04/2007   Page 6 of 6