UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCES, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 07-1473(JDB) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

     Defendant, by and through counsel, respectfully moves the Court pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file a answer or otherwise respond to the Amended Complaint filed herein on October 22, 2007.  A responsive pleading to the Amended Complaint is due on or about November 8, 2007.   The District of Columbia requests an enlargement of time of up to and including  November 20, 2007.  Plaintiff, through counsel, consents to the motion for enlargement.

     The grounds for motion are that the Amended Complaint makes factual allegations in support of plaintiff's retaliation claims occurring in February, 2007 which were not made in the initial complaint. Additional time is needed, therefore, to consult with knowledgeable persons in the District of Columbia Office of the Property Management and to obtain any records that might be available.

     Wherefore, the District respectfully request that this Court expand the time to file  a answer or otherwise respond to the Amended Complaint up to and including  November 20, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 8th day of November 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Robert C. Seldon and Woodley B. Osbourne, Esquire.

Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 07-1473(JDB) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE AMENDED COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).
2. The reasons set forth in the motion.
3. Plaintiff's consent.
4. The record herein.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson

    _____
    KIMBERLY M. JOHNSON (#435163)
    Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M.FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 07-1473(JDB) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Consent Motion for Enlargement of Time to File a Response to the Amended Complaint, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of November, 2007,

ORDERED: that the Consent Motion for Enlargement of Time to File a Response to the Amended Complaint, be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District shall have up to and including November 20, 2007 to file its response.

_____
JOHN D. BATES
United States Judge