UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M. FRANCES, JR.          )
                                )
            Plaintiff,          )
                                )  Civil No. 07-1473(JDB)
                                )
                                )
DISTRICT OF COLUMBIA, et al.    )
                                )
            Defendants.         )

CONSENT MOTION TO FILE ANSWER
TO PLAINTIFF'S AMENDED COMPLAINT, *NUNC PRO TUNC*

Defendant, by and through counsel, respectfully moves the Court pursuant to

Federal Rules of Civil Procedure, Rule 6(b) to  enlarge the time, *nunc pro tunc*, in which

to file an answer to  the  Amended Complaint filed herein.  A responsive pleading to the

Amended Complaint was due for filing on December 7, 2007. Plaintiff consents to the

motion..

The grounds for motion are that the Answer was drafted in a timely manner.

However due to the absence from the office of defense counsel from December 3,

through  December 7, 2007, the Answer was not reviewed or filed by the December 7,

2007  deadline.

Wherefore, the Defendants respectfully request that this Court expand

the time to file  their  answer, *nunc pro tunc* to  December 10, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


CERTIFICATE OF SERVICE

     I certify that on the 10th  day of December,  2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Robert C. Seldon and Woodley B. Osbourne, Esquire.

Melvin W. Bolden, Jr.

_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M. FRANCIS,           )
                             )
            Plaintiff,       )
                             ) Civil  No. 07-1473(JDB)
                             )
                             )
DISTRICT OF COLUMBIA, et al. )
                             )
            Defendants.      )


MEMORANDUM IN SUPPORT OF CONSENT MOTION TO FILE ANSWER
TO  PLAINTTFF'S AMENDED COMPLAINT, *NUNC PRO TUNC*


1.  Federal Rules of Civil Procedure, Rule 6 (b).

2.  The reasons set forth in the motion.


3.   The consent of the parties

4.  The record herein.


                         Respectfully submitted,

                         LINDA SINGER
                         Attorney General for the
                         District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General
                         Civil Litigation Division

                         Kimberly M. Johnson

                         _____
                         KIMBERLY M. JOHNSON (#435163)
                         Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M.FRANCIS,                    )
                                     )
              Plaintiff,             )
                                     ) Civil  No. 07-1473(JDB)
                                     )
                                     )
DISTRICT OF COLUMBIA, et al.   )
                                     )
              Defendants.            )

ORDER

Upon consideration of the Consent Motion To File Answer to the Amended

Complaint, *Nunc Pro Tunc*, plaintiff's consent thereto, and the record herein, it

is by the Court,  this ___day of December, 2007,

ORDERED: that the Consent Motion to File Answer to the Amended

Complaint, *Nunc Pro Tunc* be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including December 10,

2007 to file its Answer to the Amended Complaint.

JOHN D. BATES
United States Judge