UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, Jr.<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>and<br><br>OFFICE OF PROPERTY MANAGEMENT<br><br>Defendants. | Civil Action No.07-1473 (JDB) |

## JOINT REPORT TO THE COURT

The parties to the above action hereby submit the following Joint Report to the Court, in accordance with Rule 16, Fed. R. Civ. P., and LCvR 16.3.

1. <u>Resolution By Dispositive Motion</u>:   Plaintiff takes the position that this case is unlikely to be resolved on summary judgment or other dispositive motion. Defendants believe this matter may be resolved by dispositive motion.

2. <u>Amendment of Pleadings</u>:   Neither party presently anticipates filing an amended pleading.

3. <u>Assignment to a Magistrate Judge</u>:   Subject to the Court's preference, Plaintiff consents to the assignment of discovery disputes, but not the merits of the case, to a Magistrate Judge. Defendants do not agree to assignment to a Magistrate Judge.

- 2 -

4. <u>Settlement Possibility</u>:   Plaintiff believes that settlement discussions could bring about a resolution of this case and is prepared to engage in them at any time defendant is amenable.   Defendants believe that there is a reasonable possibility of settling this case.

5. <u>ADR</u>:  Both parties believe that ADR would be a benefit in this case either after discovery closes or after summary judgment is adjudicated.

6. <u>Resolution on Summary Judgment</u>:  The parties have addressed this issue under paragraph 1, above.  The parties agree that dispositive motions shall be filed on October 1, 2008; oppositions to dispositive motions shall be filed on or before November 1, 2008; and replies shall be filed on or before November 15, 2008.

7. <u>Initial Disclosures</u>:  The parties have agreed to make the initial disclosures required by the Federal Rules of Civil Procedure and the Local Rules of this Court within 30 days of the Court's issuance of an Initial Scheduling Order.

8. <u>Extent of Discovery</u>:    The parties agree that discovery should begin on March 1, 2008, shortly after initial disclosures are made, and run through September 1, 2008.

Plaintiff anticipates that complete development of an evidentiary record will require discovery to the extent permitted by the presumptive discovery limitations set out in the Federal Rules of Civil Procedure, but at present, does not see a need to exceed those limitations.  It appears that as many as three or four officials of the District's Office of Property Management were responsible for the employment actions at issue in this case. In addition, three or four employees or former employees either witnessed or have knowledge of highly relevant information concerning those actions,

and one or more personnel specialists were involved in the actions that comprise the subjects of this suit.

The parties agree that each shall be limited to twenty-five interrogatories, including discrete subparts, thirty-five requests for production of documents, thirty-five requests for admission, and ten depositions.

The parties suggest that a status conference should be scheduled after the close of discovery.

9. <u>Expert Witnesses</u>:  The parties agree that expert disclosures, if any, will be made in accordance with the schedule provided under Rule 26(a)(2)(c), Fed. R. Civ. P.; and that, if experts are designated, they be deposed at mutually agreeable dates and times after disclosures are made.

10. <u>Class Action Issues</u>:  This is not a class action.

11. <u>Bifurcation of Liability and Damages</u>: The parties do not anticipate a need for bifurcation.

12. <u>Date for Pretrial Conference</u>:  The parties agree that a status conference should be scheduled after the completion of summary judgment proceedings, at which point a pre-trial conference can be scheduled.

13. <u>Trial Date</u>: The parties are amenable to having a firm trial date set at a post-summary judgment status conference.

14. <u>Other Matters</u>:  Counsel for the parties do not believe that there are any other matters that need to be brought to the Court's attention at this time.

Respectfully submitted,

*[signature]*

Woodley B. Osborne, Esq.
Bar no. 043406
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-822-5100

Robert C. Seldon, Esq.
D.C. Bar No. 245100
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
Phone (202) 393-8200

Jennifer R. Amore, Esq.
D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
Phone (202) 393-8200

Counsel For Plaintiff

Peter J. Nickles
Interim Attorney General for the
District of Columbia
George Valentine
Deputy Attorney General
Civil Litigation Division
Kimberly M. Johnson
Bar no. 435163
Chief General Litigation Section II

*[signature]* Melvin W. Bolden, Jr. (WEB)

Melvin W. Bolden, Jr.
Bar no. 192179
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
202-724-5695

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M. FRANCIS, Jr. )
)
Plaintiff, )
)
v. )
) Civil Action No.07-1473 (JDB)
DISTRICT OF COLUMBIA )
)
and )
)
OFFICE OF PROPERTY )
MANAGEMENT )
)
Defendants. )

## SCHEDULING ORDER

The Court, having received and reviewed the parties' Joint Report to the Court, filed pursuant to Local Civil Rule 16.3, hereby orders as follows:

1. The parties will make initial disclosures pursuant to Fed. R.C. P, Rule 26 (a) (1) within 30 days of the entry of this Order.

2. Discovery shall commence on March 1, and shall be concluded by September 1, 2008.

3. The parties will be limited to ten (10) depositions, twenty-five (25) interrogatories, including discrete subparts, thirty-five (35) document requests, and thirty-five (35) requests for admission. In all other respects the parties shall be governed by the provisions of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court pertaining to the conduct of discovery. On a

showing of good cause, either party may apply to the Court for permission to exceed the foregoing limits.

  4. Dispositive motions, if any, shall be filed by the parties by October 1, 2008; oppositions are due by November 1, 2008; and replies, if any are due by November 15, 2008.

  5. A status hearing shall be held on _____, 2008.


            _____
            John D. Bates
            United States District Judge