UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS M. FRANCIS, JR.,

    Plaintiff,

        v.                         Civil Action No.  07-1473 (JDB)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on this  17th  day of January, 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be served by each party by not later than February 19, 2008.

2. Each side shall be limited to 25 interrogatories (including subparts), 35 requests for production of documents, and 10 depositions.

3. All discovery shall be completed by not later than September 2, 2008.

4. Dispositive motions shall be filed by not later than October 1, 2008.  Responses thereto shall be filed by not later than November 3, 2008.  Replies, if any, shall be filed by not later than November 18, 2008.

5. A status hearing is scheduled for September 3, 2008, at 9:00 a.m. in Courtroom 8.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil

Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:  January 17, 2008