UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. FRANCIS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   Civil Action No. 1:07-cv-01473 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Darrell Chambers on behalf of the Defendants District of Columbia and the District of Columbia Office of Property Management and please strike the appearance of Melvin Bolden.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I

/s/ Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, N.W., 6th Floor South
Washington, D.C. 20001
202-724-6539
e-mail: darrell.chambers@dc.gov